# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**ANDY EUGENE NEWTON, JR.**                                         **PLAINTIFF**
**#97068**

**v.**                                    **No. 3:25-cv-154-DPM**

**DOES**                                                           **DEFENDANTS**

## ORDER

Newton's motion, *Doc. 14*, to voluntarily dismiss his complaint is granted.  The Court declines as moot the recommendation, *Doc. 13*.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

12 January 2026