# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**ANDY EUGENE NEWTON, JR.**                                 **PLAINTIFF**
**#97068**

v.                    No. 3:25-cv-154-DPM

**DOES**                                                          **DEFENDANTS**

## JUDGMENT

Newton's complaint is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 January 2026